Kathy E. FERNAND, Petitioner,

v.

DEPARTMENT OF the TREASURY,
Respondent.

No. 06–3082.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2006.

Rehearing Denied Feb. 15, 2007.

MAYER, BRYSON, and DYK, Circuit Judges.

#### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.